No. 522. UNITED STATES EX REL. THOMPSON *v.* LENNOX, SHERIFF. C. A. 3d Cir. Certiorari denied. *Landon Gerald Dowdey* for petitioner. *David Berger* for respondent. *David D. Furman,* Attorney General, and *William L. Boyan,* Deputy Attorney General, filed a brief for the State of New Jersey, as *amicus curiae,* in support of the petition for a writ of certiorari.

No. 530. GOFF *v.* SEARS, ROEBUCK & Co. C. A. 7th Cir. Certiorari denied. *Louis G. Davidson, Brainerd Currie* and *Philip B. Kurland* for petitioner. *Robert B. Johnstone* for respondent.

No. 533. TANDARIC *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Pearl M. Hart* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 538. WEBB ET UX. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Rankin, Assistant Attorney General Morton* and *S. Billingsley Hill* for the United States.

No. 539. INDUSTRIAL WAXES, INC., *v.* BROWN. C. A. 2d Cir. Certiorari denied. *Milton B. Ignatius* for petitioner. *Daniel L. Stonebridge* and *Wilbur E. Dow, Jr.* for respondent.

No. 547. BOHN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Carl W. Cummins, Sr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.